# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., : | |
|    Plaintiff, : | |
| : | CIVIL ACTION |
|    v. : | |
| : | NO. 07-3850 |
| 4326 KURZ, LTD., d/b/a PITCHERS PUB, : | |
| a/k/a PITCHER'S PUB et al., : | |
|    Defendants. : | |

## Order

**AND NOW** on this 30th day of June 2009, upon consideration of plaintiff's motion for summary judgment (Doc. No. 23), defendants' response, and plaintiff's reply thereto, and defendants' cross-motion for summary judgment (Doc. No. 29) and plaintiff's response thereto,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment is **DENIED**.

2. Defendants' cross-motion for summary judgment is **DENIED**.

3. Trial is scheduled for August 17, 2009 at 10:00 a.m.

                                                          s/William H. Yohn Jr.
                                                          William H. Yohn Jr., Judge